

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2021

No. 04-20-00361-CV

Rogelio **DE HOYOS**, Dianaly De Hoyos, San Juanita Garcia, RDH Cattle Co., RDH Site Concrete Company and all other Occupants,
Appellants

v.

Jose Luis **CRUZ**, Individually and as the Independent Administrator of the Estate of Enedina Cruz,
Appellee

From the County Court, Brooks County, Texas
Trial Court No. 20-01217-CV
The Honorable Eric Ramos, Judge Presiding

# O R D E R

Appellee's brief was due on February 18, 2021, after receiving a thirty day extension of time. On February 16, 2021, appellee filed a second motion for extension of time requesting a seven day extension to file his brief. After consideration, we **GRANT** the motion and **ORDER** appellee to file the brief **by February 24, 2021**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2021.

_____
Michael A. Cruz,
Clerk of Court